IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE J. SEBASTIAN, | ) |
| Petitioner, | ) ) ) |
| vs. | ) NO. CIV-24-0936-HE |
| JOE BIDEN, et al., | ) ) ) |
| Respondents. | ) ) |

## ORDER

Petitioner has filed a Petition for Writ of Habeas Corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. On October 17, 2024, Judge Erwin issued a Report and Recommendation recommending the court dismiss the complaint without prejudice based on petitioner's failure to cure the deficiencies in his initiating documents as ordered by the court. Petitioner filed a motion for extension of 30 days to cure the deficiencies, which this court granted, and petitioner was given until November 30, 2024 to cure the deficiencies. On October 29, 2024, petitioner paid his filing fee. However, while petitioner filed another Petition for Writ of Habeas Corpus [Doc. #16], this petition continues to be deficient because it is not on the proper form.[1]

Accordingly, the court **ADOPTS** Magistrate Judge Erwin's Report and Recommendation [Doc. #11] and **DISMISSES** this action without prejudice.

---

[1] *Petitioner was sent a blank 2241 form on September 12, 2024.*

**IT IS SO ORDERED**.

Dated this 3rd day of December, 2024.

                                          JOE HEATON
                                        UNITED STATES DISTRICT JUDGE